IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------

ROBERTO RODRIGUEZ, individually and on behalf of all others similarly situated :

                Plaintiff,

v.

YUASA BATTERY, INC.

                Defendant.

Civil Action No.: 5:20-cv-00889-JFL

----------------------------------------------------------------

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER**
**APPROVING THE SETTLEMENT AGREEMENT**

The Named Plaintiff, Roberto Rodriguez ("Plaintiff" or "Class Representative"), individually and on behalf of all the fourteen (14) Opt-In Plaintiffs ("Opt-In Plaintiffs") he represents (collectively with Plaintiff, "Class Members"), by and through the undersigned counsel of record ("Plaintiff's Counsel" or "Class Counsel"), hereby move before this Honorable Court for an Order:

1. Approving the Joint Stipulation of Settlement and Release ("Settlement Agreement") entered into between Plaintiff and Defendant Yuasa Battery, Inc. ("Defendants");

2. Granting a Service Award to the Class Representative per the Settlement Agreement;

3. Awarding attorney's fees in the amount of $15,750.00; and

4. Reimbursing Plaintiff's Counsel for litigation expenses totaling $400.00.

Plaintiff's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

2

                                                        Respectfully submitted,

                                                        **MURPHY LAW GROUP, LLC**

By:  /s/ Morgan J. Zucker
       Michael Murphy, Esq.
       Morgan J. Zucker, Esq.
       Eight Penn Center, Suite 2000
       1628 John F. Kennedy Blvd.
       Philadelphia, PA 19103
       TEL: 267-273-1054
       FAX: 215-525-0210
       murphy@phillyemploymentlawyer.com
       mzucker@phillyemploymentlawyer.com
       Attorneys for Plaintiff

Dated: December 8, 2020

## **CERTIFICATE OF SERVICE**

I, Morgan J. Zucker, Esquire, hereby certify that on the date below, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

Kenneth D. Kleinman
kdk@stevenslee.com
Brad M. Kushner
bmk@stevenslee.com
STEVENS & LEE
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
(215) 751-1946
*Attorneys for Defendant*

   /s/ Morgan J. Zucker
Morgan J. Zucker, Esq.

Dated: December 8, 2020